# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1282**                                                 **September Term, 2025**

FAA-10/15/2025 Letter
FAA-90FR57353
FAA-12/10/2025 Letter
FAA-10/18/2025 Notice

**Filed On: December 15, 2025** [2150446]

Palm Beach County, a political subdivision
of the State of Florida,

        Petitioner

    v.

Federal Aviation Administration,

        Respondent

------------------------------

Consolidated with 25-1283

## O R D E R

     It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case No. 25-1283 are directed to file the following documents by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | January 14, 2026 |
| Statement of Issues to be Raised | January 14, 2026 |

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                               BY:     /s/
                                              Elbert B.J. Lestrade
                                              Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form