# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| TOWN OF PALM BEACH, a municipal corporation of the State of Florida, and CITY OF WEST PALM BEACH, a municipal corporation of the State of Florida, | ) ) ) ) ) ) | No. 25-1282 (lead case) No. 25-1283 |
| *Petitioners*, | ) ) ) | |
| v. | ) ) | |
| FEDERAL AVIATION ADMINISTRATION, | ) ) ) ) | |
| *Respondent*. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Petitioners Town of Palm Beach and City of West Palm Beach (collectively, "Petitioners") hereby substitute Jeffrey L. Oldham in place of Andrew Barr as counsel of record in the above-captioned case. Because Mr. Barr will no longer serve as counsel of record for Petitioners, all CM/ECF notifications should be sent to Mr. Oldham and Mr. Barr requests that the Clerk of Court remove him from all CM/ECF notifications moving forward. Mr. Oldham's Entry of Appearance has already been filed.

1

Respectfully submitted,

/s/ *Jeffrey L. Oldham*
Jeffrey L. Oldham
JACKSON WALKER LLP
100 Congress Ave., Suite 1100
Austin, Texas 78701
Telephone: (512) 236-2000
E-mail: joldham@jw.com

*Counsel for Petitioners*
*Town of Palm Beach and*
*City of West Palm Beach*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2026, a copy of the foregoing document was filed with the Clerk of Court using the Court's CM/ECF system and was served on all counsel of record who are registered CM/ECF filers through the Court's CM/ECF system, including:

Rebecca Jaffe
Allen Michael Brabender
U.S. Department of Justice
Environment & Natural Resources Section, Appellate
P.O. Box 7415
Ben Franklin Station
Washington, D.C. 20044

*Counsel for Respondent Federal Aviation Administration*

Steven L. Osit
Kaplan Kirsch LLP
1634 Eye Street, NW
Washington, D.C. 20006

Samantha Rachel Caravello
John E. Putnam
Kaplan Kirsch LLP
1675 Broadway
Denver, CO 80202

*Counsel for Petitioner Palm Beach County in No. 25-1282*

/s/ *Jeffrey L. Oldham*
Jeffrey L. Oldham

2