# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. **CASE NO.** 25-1283 (consol. 25-1282)    2. **DATE DOCKETED:** 12-12-2025
3. **CASE NAME** (lead parties only) Town of Palm Beach, et al. v. Federal Aviation Administration
4. **TYPE OF CASE:** ☒ Review ☐ Appeal ☐ Enforcement ☐ Complaint ☐ Tax Court
5. **IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?** ☐ Yes ☒ No
   If YES, cite statute
6. **CASE INFORMATION:**
   a. Identify agency whose order is to be reviewed: Federal Aviation Administration
   b. Give agency docket or order number(s): NOTAM FDC 5/2809; LTA-PBI-12; LTA-PBI-13; and 90 Fed. Reg. 57,353
   c. Give date(s) of order(s): 10/18/2025; 10/15/2025; 12/10/20025; 12/11/2025
   d. Has a request for rehearing or reconsideration been filed at the agency? ☐ Yes ☒ No
      If so, when was it filled?    By whom?
      Has the agency acted? ☐ Yes ☐ No   If so, when?
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      Petitioners have a substantial interest in and have been adversely affected by the FAA orders listed above. These adverse affects include, but are not limited to, environmental harm, injury to historic and other noise-sensitive properties within the Town of Palm Beach and City of West Palm Beach, and deprivation of the right to be consulted on federal actions that affect such properties.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☒ Yes ☐ No   If YES, identify case name(s), docket number(s), and court(s)
      Palm Beach County v. Federal Aviation Administration, No. 25-1282, D.C. Circuit (consol.)
   g. Are any other caess, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes ☒ No   If YES, give case name(s) and number(s) of these cases and identify court/agency:
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes ☒ No   If YES, provide program name and participation dates.

**Signature** /s/ Jeffrey L. Oldham    **Date** 1/14/2026
**Name of Party (Print)** Town of Palm Beach and City of West Palm Beach
**Name of Counsel for Appellant/Petitioner (Print)** Jeffrey L. Oldham
**Address** 100 Congress Avenue, Suite 1100, Austin, Texas 78701
**E-Mail** joldham@jw.com    **Phone** ( 512 ) 236-2232    **Fax** ( 512 ) 236-2002

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. An original and three copies of such letter should be submitted.

USCA Form 41
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2026, a copy of the foregoing Docketing Statement was filed with the Clerk of Court using the Court's CM/ECF system and was served on all counsel of record who are registered CM/ECF filers through the Court's CM/ECF system, including:

Rebecca Jaffe
Allen Michael Brabender
U.S. Department of Justice
Environment & Natural Resources Section, Appellate
P.O. Box 7415
Ben Franklin Station
Washington, D.C. 20044

*Counsel for Respondent Federal Aviation Administration*

Steven L. Osit
Kaplan Kirsch LLP
1634 Eye Street, NW
Washington, D.C. 20006

Samantha Rachel Caravello
John E. Putnam
Kaplan Kirsch LLP
1675 Broadway
Denver, CO 80202

*Counsel for Petitioner Palm Beach County in No. 25-1282*

/s/ *Jeffrey L. Oldham*
Jeffrey L. Oldham