# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1282**                          **September Term, 2025**

**FAA-90FR57353**
**FAA-LTA-PBI-12**
**FAA-LTA-PBI-13**
**FAA-01/22/26 Orders**
**FAA-NOTAM-FDC 5/2809**

**Filed On: March 23, 2026** [2164937]

Palm Beach County, a political subdivision
of the State of Florida,

       Petitioner

    v.

Federal Aviation Administration,

       Respondent

------------------------------

Consolidated with 25-1283, 26-1034,
26-1035

## O R D E R

Upon consideration of respondent's unopposed motion for extension of time to file the certified index to the record, it is

**ORDERED** that the motion for extension of time be granted.  The Clerk is directed to file the lodged certified index.

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

          BY:    /s/
                    Louis Karl Fisher
                    Deputy Clerk